

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00301-CR

**JOHN HENRY LLOYD,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2009-1651-C1**

## MEMORANDUM OPINION

John Henry Lloyd pled guilty to robbery as a habitual offender and was sentenced to thirty years in prison. *See* TEX. PENAL CODE ANN. §§ 29.02; 12.42 (Vernon 2003 & Supp. 2010). Almost six months after his conviction, Lloyd attempts to appeal. By letter dated August 24, 2010, the Clerk of this Court notified Lloyd that his appeal was subject to dismissal because the notice of appeal was untimely and because the certification of defendant's right of appeal indicated that he had no right to appeal and waived his appeal. Lloyd was warned that the Court would dismiss the appeal unless a

response was filed showing grounds for continuing the appeal. Lloyd filed a response but it fails to show grounds for continuing the appeal.

Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.3; 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed September 22, 2010
Do not publish
[CRPM]